IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TOMMY J. TOMPKINS, JR., on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 19-cv-731-TFM-N |
| v. | ) ) | |
| PALMER ADMINISTRATIVE SERVICES, INC., | ) ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

COMES NOW Earl P. Underwood, Jr. and hereby provides this NOTICE of his appearance as additional attorney of record for Plaintiff in the above-styled case.

Respectfully submitted this the 8th day of November 2019.

*/s/ Earl P. Underwood, Jr.*
**EARL P. UNDERWOOD, JR.**
**Underwood & Riemer, P.C.**
**21 S Section Street**
**Fairhope, Alabama 36532**
**Phone: (251) 432-9212**
**Facsimile: (251) 990-0626**
**Email: epunderwood@alalaw.com**

1