**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **TOMMY J. TOMPKINS, JR.,** on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>**PALMER ADMINISTRATIVE SERVICES, INC.,**<br><br>      Defendant. | Case No. 19-cv-731-KD-N |

**NOTICE OF SERVICE OF DISCOVERY**

   **COMES NOW** Plaintiff in the above referenced matter and gives **NOTICE** of the service of the following discovery to all counsel via electronic mail on February 19, 2020:

- *Plaintiff's First Set of Interrogatories and Requests for Production to Palmer Administrative Services, Inc.*

   Respectfully submitted this the 19th day of February, 2020.

                    */s/ Kenneth J. Riemer*
                    KENNETH J. RIEMER (RIEMK8712)
                    Underwood & Riemer, P.C.
                    2153 Airport Blvd.
                    Mobile, Alabama 36606
                    Phone: 251.432.9212
                    Email: kriemer@alalaw.com
                    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this *Notice of Filing Discovery* has been served upon the on all parties via this Court's CM/ECF electronic filing system on February 19, 2020:

/s/ Kenneth J. Riemer
KENNETH J. RIEMER (RIEMK8712)